IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MENDOZA, | No. CIV S-11-1495-GEB-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's amended petition (Doc. 8).[1]  "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition."  Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also Ortiz-Sandoval v. Gomez, 81 F.3d 891, 894 (9th Cir. 1996) (naming the Director of Corrections rather than the prison warden is sufficient); see also Rule 2(a), Federal Rules Governing Section 2254 Cases.  Because petitioner has again not named

---

[1] The original petition was dismissed with leave to amend because petitioner did not name the correct respondent.

the appropriate state officer, the amended petition must be dismissed with leave to amend to name the correct respondent.  See Stanley, 21 F.3d at 360.  Petitioner is warned that continued failure to comply with this order may result in the dismissal of this action.  See Local Rule 110.

　　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　　1.　　Petitioner's amended petition for writ of habeas corpus (Doc. 8) is dismissed with leave to amend;

　　　　　2.　　Petitioner shall file a second amended petition on the form employed by this court, **AND WHICH NAMES THE PROPER RESPONDENT** and states all claims and requests for relief, within 30 days of the date of this order; and

　　　　　3.　　The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

DATED:  July 21, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE